**Dismissed and Opinion Filed July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01669-CV

## IN THE MATTER OF CAROLYN GULLEY AND DENNIS JAMES SKINNER

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-13-00479-V-292nd**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers,  and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue.  By postcard dated April 30, 2014, we notified appellant the time for filing his brief had expired.  We directed appellant to file both his brief and an extension motion within ten days.  We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.  To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of appellant's brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


131669F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE IN THE MATTER OF:
CAROLYN GULLEY AND DENNIS
JAMES SKINNER

No. 05-13-01669-CV

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. CV-13-00479-V-
292nd.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CAROLYN GULLEY recover her costs of this appeal from appellant DENNIS JAMES SKINNER.

Judgment entered July 10, 2014